United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 26-11098-djb |
|---|---|
| Edward Brown | Chapter 7 |
| Damalia Kamaria Jones-Brown | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: 210U | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Edward Brown, Damalia Kamaria Jones-Brown, 208 Marks Avenue, Darby, PA 19023-1712 |
| 15116753 | Green Dot Bank, Attn: Bankruptcy, 1675 N Freedom Blvd, Provo, UT 84604-2540 |
| 15116774 | + Innocent Onwubiko, 505 Twin Creek Lane, Newtown Square, PA 19073-1093 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Mar 20 2026 01:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2026 01:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15116747 | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 20 2026 01:46:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 15116746 | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 20 2026 02:03:26 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15116748 | ^ MEBN | Mar 20 2026 01:44:17 | Aqua Pennsylvania, Attn: Bankruptcy, 762 W Lancaster Ave, Bryn Mawr, PA 19010-3489 |
| 15116749 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 20 2026 02:04:13 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15116750 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 20 2026 01:46:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 15116751 | + Email/Text: bankruptcy_notifications@ccsusa.com | Mar 20 2026 01:46:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15116752 | ^ MEBN | Mar 20 2026 01:43:05 | Eastern Account System, Inc., Attn: Bankruptcy, 3 Corporate Drive, Danbury, CT 06810-4166 |
| 15116753 | Email/Text: BackOfficeBankruptcy@greendotcorp.com | Mar 20 2026 01:46:00 | Green Dot Bank, Attn: Bankruptcy, 1675 N Freedom Blvd, Provo, UT 84604-2540 |
| 15116754 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 20 2026 01:46:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15116755 | + Email/Text: BNCnotices@dcmservices.com | Mar 20 2026 01:45:00 | Jefferson Health, Attn: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15116756 | + Email/Text: bankruptcy@kikoff.com | Mar 20 2026 01:45:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 15116757 | + Email/Text: bankruptcy@kikoff.com | Mar 20 2026 01:45:00 | Kikoff Lending, Attn: Bankruptcy, P.O. Box |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Mar 19, 2026 | Form ID: 210U | Total Noticed: 28

| | | | 40070, Reno, NV 89504-4070 |
|---|---|---|---|
| 15116758 | Email/Text: inchargehq@westcreekfin.com | Mar 20 2026 01:46:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 15116759 | Email/Text: mdtaoag@mdta.state.md.us | Mar 20 2026 01:45:00 | Maryland Transportation Authority, Attn: Bankruptcy, 2310 Broening Hwy, Baltimore, MD 21224-6639 |
| 15116760 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 20 2026 01:45:00 | New Jersey Turnpike Authority, Attn: Ramon de la Cruz, P.O. Box 5042, Woodbridge, NJ 07095 |
| 15116763 | Email/Text: USCOURTSEBN@finance.nyc.gov | Mar 20 2026 01:45:00 | NYC Department of Finance, Office of Legal Affairs, 375 Pearl St Fl 30, New York, NY 10038-1442 |
| 15116761 | Email/Text: bankruptcy@thruway.ny.gov | Mar 20 2026 01:46:00 | New York State Thruway, Attn: Bankruptcy, 200 Southern Blvd, Albany, NY 12209-2018 |
| 15116762 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Mar 20 2026 01:45:00 | Nmac, Pob 660366, Dallas, TX 75266-0366 |
| 15116764 | + Email/Text: bankruptcygroup@peco-energy.com | Mar 20 2026 01:46:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15116765 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 20 2026 02:03:54 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15116766 | + Email/Text: bankruptcy@sw-credit.com | Mar 20 2026 01:46:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15116767 | + Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Mar 20 2026 01:45:00 | United Auto Credit Co, Attn: Bankruptcy, PO Box 163049, Fort Worth, TX 76161-3049 |
| 15116768 | Email/PDF: ebn_ais@aisinfo.com | Mar 20 2026 02:03:27 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15116769 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 20 2026 01:45:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |

TOTAL: 26

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

District/off: 0313-2                          User: admin                                    Page 3 of 3

Date Rcvd: Mar 19, 2026                       Form ID: 210U                                   Total Noticed: 28

| Name | Email Address |
| --- | --- |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edward Brown help@cibiklaw.com<br>noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Damalia Kamaria Jones-Brown help@cibiklaw.com<br>noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Edward Brown and Damalia Kamaria
Jones−Brown

Case No: 26−11098−djb

     Debtor(s)

_____

### *CLERK'S NOTICE RE: PRESUMPTION OF ABUSE*

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 3/19/26

Mohung Wong
Clerk of Court

8 − 1
Form 210U