United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Edward Brown

Damalia Kamaria Jones-Brown

    Debtors

Case No. 26-11098-djb

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 03, 2026 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Edward Brown, Damalia Kamaria Jones-Brown, 208 Marks Avenue, Darby, PA 19023-1712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edward Brown help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Damalia Kamaria Jones-Brown help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA - PHILADELPHIA**

| | |
|---|---|
| In re:<br><br>EDWARD BROWN<br>DAMALIA KAMARIA JONES-BROWN<br><br>            Debtor(s), | Bankruptcy No:  26-11098<br><br>Chapter: 7<br><br>Judge: Honorable Derek J. Baker |

**ORDER GRANTING MOTION TO EXTEND TIME**
**TO FILE SCHEDULES, STATEMENTS, AND OTHER DOCUMENTS**

**AND NOW**, upon consideration of the Debtor's Motion to Extend Time to File Schedules, Statements, and Other Documents, with proper notice and good cause shown, it is hereby **ORDERED** that:

1. The motion is **GRANTED**.

2. The Debtor must file all documents required by 11 U.S.C. §521(a)(1) and Fed. R. Bankr. P. 1007 ("the Schedules") on or before April 15, 2026.

3. This case may be dismissed without further notice if the Schedules are not filed by April 15, 2026.

4. Any request for an extension of time must be filed on or before April 15, 2026.

DATE: **April 3, 2026**

_____
Honorable Derek J. Baker
U. S. Bankruptcy Judge