Certificate Number: 16339-PAE-DE-041024354

Bankruptcy Case Number: 26-11098



16339-PAE-DE-041024354

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 27, 2026, at 4:48 o'clock PM EDT, Edward Brown completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 27, 2026                    By:      /s/Kris Krumal

Name:  Kris Krumal

Title:   Certified Financial Counselor