*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                            : Chapter 7

Edward Brown and Damalia Kamaria Jones–Brown          : Case No. 26–11098–djb
      Debtor(s)

## *ORDER*
_____

AND NOW, this day , June 24, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Derek J Baker
Judge, United States Bankruptcy Court

26
Form 195