United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-11098-djb |
| Edward Brown | Chapter 7 |
| Damalia Kamaria Jones-Brown | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 22, 2026 | Form ID: 318 | Total Noticed: 29 |

The following symbols are used throughout this certificate:

**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Edward Brown, Damalia Kamaria Jones-Brown, 208 Marks Avenue, Darby, PA 19023-1712 |
| 15116774 | + | Innocent Onwubiko, 505 Twin Creek Lane, Newtown Square, PA 19073-1093 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QLEFELDMAN.COM | Jun 23 2026 07:54:00 | LYNN E. FELDMAN, Lynn E. Feldman, Trustee, 2310 Walbert Ave, Ste 103, Allentown, PA 18104-1360 |
| smg | | Email/Text: megan.harper@phila.gov | Jun 23 2026 03:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Jun 23 2026 07:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15116747 | | Email/Text: ebnbankruptcy@ahm.honda.com | Jun 23 2026 03:52:00 | American Honda Finance, Attn: Bankruptcy, PO Box 168088, Irving, TX 75016 |
| 15116746 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 23 2026 04:00:53 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St Fl 4, Pittsburgh, PA 15212-5862 |
| 15116748 | ^ | MEBN | Jun 23 2026 03:50:19 | Aqua Pennsylvania, Attn: Bankruptcy, 762 W Lancaster Ave, Bryn Mawr, PA 19010-3489 |
| 15116749 | | EDI: CAPITALONE.COM | Jun 23 2026 07:51:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15116750 | + | EDI: CCS.COM | Jun 23 2026 07:54:00 | Credit Coll, Attn: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 15116751 | + | EDI: CCS.COM | Jun 23 2026 07:54:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15116752 | ^ | MEBN | Jun 23 2026 03:50:04 | Eastern Account System, Inc., Attn: Bankruptcy, 3 Corporate Drive, Danbury, CT 06810-4166 |
| 15116753 | | Email/Text: BackOfficeBankruptcy@greendotcorp.com | Jun 23 2026 03:52:00 | Green Dot Bank, Attn: Bankruptcy, 1675 N Freedom Blvd, Provo, UT 84604-2540 |
| 15116754 | + | EDI: JEFFERSONCAP.COM | Jun 23 2026 07:54:00 | Jefferson Capital Systems, Llc, Attn: Bankruptcy, 200 14th Ave E, Sartekk, MN 56377-4500 |
| 15116755 | + | Email/Text: BNCnotices@dcmservices.com | Jun 23 2026 03:52:00 | Jefferson Health, Attn: Bankruptcy, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15116756 | + | Email/Text: bankruptcy@kikoff.com | Jun 23 2026 03:52:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Jun 22, 2026 | Form ID: 318 | Total Noticed: 29

| | | | | |
|---|---|---|---|---|
| 15116757 | + | Email/Text: bankruptcy@kikoff.com | Jun 23 2026 03:52:00 | Kikoff Lending, Attn: Bankruptcy, P.O. Box 40070, Reno, NV 89504-4070 |
| 15116758 | | Email/Text: inchargehq@westcreekfin.com | Jun 23 2026 03:52:00 | Koalafi, Attn: Bankruptcy, Po Box 5518, Glen Allen, VA 23058-5518 |
| 15116759 | | Email/Text: mdtaoag@mdta.state.md.us | Jun 23 2026 03:52:00 | Maryland Transportation Authority, Attn: Bankruptcy, 2310 Broening Hwy, Baltimore, MD 21224-6639 |
| 15116760 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jun 23 2026 03:52:00 | New Jersey Turnpike Authority, Attn: Ramon de la Cruz, P.O. Box 5042, Woodbridge, NJ 07095 |
| 15116763 | | Email/Text: USCOURTSEBN@finance.nyc.gov | Jun 23 2026 03:52:00 | NYC Department of Finance, Office of Legal Affairs, 375 Pearl St Fl 30, New York, NY 10038-1442 |
| 15116761 | | Email/Text: bankruptcy@thruway.ny.gov | Jun 23 2026 03:52:00 | New York State Thruway, Attn: Bankruptcy, 200 Southern Blvd, Albany, NY 12209-2018 |
| 15116762 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com | Jun 23 2026 03:52:00 | Nmac, Pob 660366, Dallas, TX 75266-0366 |
| 15116764 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 23 2026 03:52:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15116765 | | EDI: PRA.COM | Jun 23 2026 07:51:00 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, P.O. Box 41067, Norfolk, VA 23541-1067 |
| 15116766 | + | Email/Text: bankruptcy@sw-credit.com | Jun 23 2026 03:52:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 15116767 | + | Email/Text: BANKRUPTCY@UNITEDAUTOCREDIT.NET | Jun 23 2026 03:52:00 | United Auto Credit Co, Attn: Bankruptcy, PO Box 163049, Fort Worth, TX 76161-3049 |
| 15116768 | | EDI: AIS.COM | Jun 23 2026 07:54:00 | Verizon, c/o American InfoSource, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15116769 | | EDI: VERIZONCOMB.COM | Jun 23 2026 07:51:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2026 | Signature: | /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

District/off: 0313-2             User: admin             Page 3 of 3

Date Rcvd: Jun 22, 2026             Form ID: 318             Total Noticed: 29

| Name | Email Address |
| --- | --- |
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Damalia Kamaria Jones-Brown help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edward Brown help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Edward Brown | Social Security number or ITIN   xxx–xx–4469 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Damalia Kamaria Jones–Brown | Social Security number or ITIN   xxx–xx–0037 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   26–11098–djb

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Edward Brown

Damalia Kamaria Jones–Brown

6/18/26

**By the court:**  Derek J Baker
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                **Order of Discharge**                page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**