United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                      Case No. 26-11098-djb

Edward Brown                                                                Chapter 7

Damalia Kamaria Jones-Brown

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 1

Date Rcvd: Jun 25, 2026                       Form ID: 195                         Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Edward Brown, Damalia Kamaria Jones-Brown, 208 Marks Avenue, Darby, PA 19023-1712 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| LYNN E. FELDMAN | trustee.feldman@rcn.com  lfeldman@ecf.axosfs.com |
| MICHAEL A. CIBIK | on behalf of Joint Debtor Damalia Kamaria Jones-Brown help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHAEL A. CIBIK | on behalf of Debtor Edward Brown help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                      : Chapter 7


Edward Brown and Damalia Kamaria Jones–Brown        : Case No. 26–11098–djb
       Debtor(s)


### *ORDER*
_____


    AND NOW, this day , June 24, 2026 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.


                   By The Court

                   Derek J Baker
                   Judge, United States Bankruptcy Court